AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ JAMES TONG and WILDLIFE MANAGEMENT, LLC

DISTRICT COURT NUMBER
CR15-00512 JST

FILED
NOV -2 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
U.S. Fish & Wildlife Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   MAUREEN BESSETTE, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

## PENALTY SHEET

Securities Fraud, 18 U.S.C. § 513(a) for Organization
- $500,000 fine or not more than the greater of twice the gross gain or twice the gross loss
- $400 special assessment

Endangered Species Act, 16 U.S.C. §§ 1538 and 1540
- 1 year imprisonment
- $100,000 fine
- 5 years probation
- 1 years supervised release
- $25 special assessment

BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

FILED

NOV -2 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES TONG AND WILDLIFE ) <br> MANAGEMENT, LLC ) <br> ) <br> Defendants. ) <br> ) | NO. CR CR15-00512 <br><br> VIOLATIONS: 18 U.S.C. § 513(a) - Securities Fraud (One Count); 16 U.S.C. §§ 1538 and 1540 - Endangered Species Act (One Count) <br><br> OAKLAND VENUE |

INFORMATION

The United States Attorney charges:

Introductory Allegations

At all times relevant to this Information:

1. Defendant JAMES TONG was the President and owner of Charter Properties, a real estate development and property management firm in Dublin, California. TONG was responsible for complying with environmental regulations and laws involving threatened and endangered species ("endangered species") on real estate development projects.

2. WILDLIFE MANAGEMENT, LLC, is an entity that purchases and develops real estate.

3. California tiger salamander (*Ambystoma californiense*) ("CTS") was listed as threatened

1

under the Endangered Species Act ("ESA") in 2004. CTS has been eliminated from an estimated 58 percent of its historic breeding sites and has lost an estimated 75 percent of its habitat. CTS may live up to ten years or more in the wild. After metamorphosis and emergence from breeding pools as juveniles, individual CTS spend most of their lives in grasslands surrounding breeding pools. CTS have been found up to one mile from breeding sites.

4. From June through December 2012, TONG and WILDLIFE MANAGEMENT were involved in the development of a parcel of real estate in Dublin, California, known as Dublin Ranch North.

COUNT ONE: (18 U.S.C. § 513(a) – Securities Fraud)

5. Paragraphs 1 through 4 are realleged and incorporated by reference.

6. On June 27, 2012, in the Northern District of California and elsewhere, defendant,

WILDLIFE MANAGEMENT, LLC,

did knowingly make, utter, and possess, forged securities of an organization, as that term is defined in 18 U.S.C. § 513(c)(4), that is, defendant WILDLIFE MANAGEMENT, LLC sent an email to the City of Dublin attaching two fraudulent Ohlone Preserve Conservation Bank payment receipts dated March 16, 2007, in the amounts of $2,250,000.00 and $908,500.00, with intent to deceive another person, organization, and government, that is the City of Dublin, by making it believe that CTS mitigation credits had been purchased for the development of Dublin Ranch North, when in fact they had not, all in violation of Title 18, United States Code, Section 513(a).

COUNT TWO: (16 U.S.C. §§ 1538(a)(1)(G) and 1540(b)(1) – Endangered Species Act)

7. Paragraphs 1 through 4 are realleged and incorporated by reference.

8. From in or about July through December 2012, in the Northern District of California and elsewhere, defendant,

JAMES TONG,

did knowingly and unlawfully take a threatened species, that is the Central California Distinct Population Segment of the CTS, by grading Dublin Ranch North and causing sediment to run off into the nearby Standard Pacific Pond, thereby significantly impairing essential behavior patterns, including

1 | CTS breeding, feeding, and sheltering at that pond, all in violation of Title 16, United States Code, Sections 1538(a)(1)(G), and 1540(b)(1); and Title 50, Code of Federal Regulations, Sections 17.21 and 17.31; and Title 18, United States Code, Section 2.

DATED: November 2, 2015

BRIAN J. STRETCH
Acting United States Attorney

DAVID R. CALLAWAY
Criminal Chief

(Approved as to form: _____)
AUSA BESSETTE